**Order entered November 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00058-CR

**WILLIAM SNOW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-35377-S**

## ORDER

On September 17, 2013, this Court ordered the Dallas County District Clerk to file, within fifteen days, a supplemental record containing the judicial confession for this case. When the supplemental record was not received by October 14, 2013, this Court again ordered the Dallas County District Clerk to file a supplemental record containing the judicial confession. To date, we have not received the supplemental record with the judicial confession.

Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, by **NOVEMBER 21, 2013**, a supplemental record containing the judicial confession in this case.

If the Court does not receive the supplemental clerk's record by the date specified, the Court will utilize the available remedies to obtain the supplemental clerk's record, including

ordering that Gary Fitzsimmons show cause why he should not be held in contempt for not complying with this Court's order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/ LANA MYERS
   JUSTICE